THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY
KIPNIS, Appellant, *v.* JOSEPH McCANN, Acting Warden
of the Penitentiary of New York County, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Habeas corpus — misdemeanor — punishment — validity of provisions
of Parole Commission Act authorizing imprisonment for longer period
than one year.*

People ex rel. Kipnis v. McCann, 199 App. Div. 30, affirmed.
(Argued May 31, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 17, 1921, which reversed an order of Special
Term sustaining a writ of habeas corpus, dismissed said
writ and remanded the relator to custody. On January
5, 1920, the relator was sentenced to be imprisoned in
the penitentiary under the provisions of the Parole
Commission Act (L. 1915, ch. 579, amd. L. 1916, ch. 287)
upon a conviction of the misdemeanor of impairing the
morals of a child. (Penal Law, § 483.) On September
17, 1921, he sued out the present writ of habeas corpus,
claiming that he could not be lawfully detained or
imprisoned for a longer period than one year; that the
duration of the indeterminate sentence could not exceed
the maximum term of imprisonment prescribed by the
Penal Law for the offense of which he was convicted;
and that, in so far as the Parole Commission Act author-
ized or purported to authorize an imprisonment for a
longer period than a year, it was unconstitutional and void.

*Meyer Greenberg* and *Max E. Greenberg* for appellant.

*Joab H. Banton, District Attorney* (*Felix C. Benvenga*
and *Michael J. Driscoll* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.